AO 442 (Rev. 11/11) Arrest Warrant                                                            10158906

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

**MELVIN GREEN**

U.S. MARSHAL-DC PM2:05
RECEIVED MAY 19 '23

*Defendant*

) Case: 1:23-cr-172
) Assigned To: Judge Timothy J. Kelly
) Assign. Date: 5/16/2023
) Description: NDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **MELVIN GREEN**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR
FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date:   05/18/2023

Zia M. Faruqui
2023.05.18 16:36:30
-04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC                    ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
                                                   *Printed name and title*

### Return

This warrant was received on *(date)* 5/18/2023, and the person was arrested on *(date)* 6/9/2023
at *(city and state)*   DC  DC

Date: 6/9/2023

Trejo
*Arresting officer's signature*

Trejo  DUSM
*Printed name and title*